B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Oklahoma

In re  Millennium Multiple Employer Welfare Benefit Plan  
                             Debtor(s)

Case No.  
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Jessen, Juli<br>370 S. Main Street<br>Yuma, AZ 85367 | Jessen, Juli<br>370 S. Main Street<br>Yuma, AZ 85367 | Plan Participant | Contingent<br>Unliquidated | Unknown |
| Epstein, Jeffrey<br>1015 Red Cedar Lane<br>Houston, TX 77094 | Epstein, Jeffrey<br>1015 Red Cedar Lane<br>Houston, TX 77094 | Plan Participant | Contingent<br>Unliquidated | Unknown |
| Epstein, Pamela<br>1015 Red Cedar Lane<br>Houston, TX 77094 | Epstein, Pamela<br>1015 Red Cedar Lane<br>Houston, TX 77094 | Plan Participant | Contingent<br>Unliquidated | Unknown |
| Burke, D. Michael<br>1603 Cambridge Oaks Circle<br>Houston, TX 77094 | Burke, D. Michael<br>1603 Cambridge Oaks Circle<br>Houston, TX 77094 | Plan Participant | Contingent<br>Unliquidated | Unknown |
| Khetpal, Vivek<br>1275 W. Mockingbird Lane<br>Durant, OK 74701 | Khetpal, Vivek<br>1275 W. Mockingbird Lane<br>Durant, OK 74701 | Plan Participant | Contingent<br>Unliquidated | Unknown |
| Goyak, John<br>6720 Via Austin Pkwy, Ste 400<br>Las Vegas, NV 89119 | Goyak, John<br>6720 Via Austin Pkwy, Ste 400<br>Las Vegas, NV 89119 | Plan Participant | Contingent<br>Unliquidated | Unknown |
| Gluckman, Thomas S.<br>16 East 34th Street, 5th floor<br>New York, NY 10016 | Gluckman, Thomas S.<br>16 East 34th Street, 5th floor<br>New York, NY 10016 | Plan Participant | Contingent<br>Unliquidated | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re  Millennium Multiple Employer Welfare Benefit Plan  
                    Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Dunham, Jeffrey Alan<br>10251 Vista Sorrento Pkwy #200<br>San Diego, CA 92121 | Dunham, Jeffrey Alan<br>10251 Vista Sorrento Pkwy #200<br>San Diego, CA 92121 | Plan Participant | Contingent<br>Unliquidated | Unknown |
| Soyka, James M.<br>4658 White Oak Lane<br>Raccine, WI 53403 | Soyka, James M.<br>4658 White Oak Lane<br>Raccine, WI 53403 | Plan Participant | Contingent<br>Unliquidated | Unknown |
| Lewis, Lester B.<br>9821 Spring Hill Drive<br>Anchorage, AK 99507 | Lewis, Lester B.<br>9821 Spring Hill Drive<br>Anchorage, AK 99507 | Plan Participant | Contingent<br>Unliquidated | Unknown |
| Steinberg, Fred<br>3848 Fau Blvd., Ste. 200<br>Boca Raton, FL33431 | Steinberg, Fred<br>3848 Fau Blvd., Ste. 200<br>Boca Raton, FL33431 | Plan Participant | Contingent<br>Unliquidated | Unknown |
| Hassoun, Basel<br>5617 Normandy Terrace<br>Oklahoma City, OK 73142 | Hassoun, Basel<br>5617 Normandy Terrace<br>Oklahoma City, OK 73142 | Plan Participant | Contingent<br>Unliquidated | Unknown |
| Curti, Benjamin A.<br>2228 W. Zumwalt<br>Tulare, CA 93274 | Curti, Benjamin A.<br>2228 W. Zumwalt<br>Tulare, CA 93274 | Plan Participant | Contingent<br>Unliquidated | Unknown |
| Curti, Ken J.<br>5849 W. Elowin Dr.<br>Visalia, CA 93291 | Curti, Ken J.<br>5849 W. Elowin Dr.<br>Visalia, CA 93291 | Plan Participant | Contingent<br>Unliquidated | Unknown |
| Pasha, Janet<br>5725 Paradise Drive, Suite 1000<br>Corte Madera, CA 94925 | Pasha, Janet<br>5725 Paradise Drive, Suite 1000<br>Corte Madera, CA 94925 | Plan Participant | Contingent<br>Unliquidated | Unknown |
| Triplett, Marvin<br>1115 Gemini Avenue<br>Houston, TX 77058 | Triplett, Marvin<br>1115 Gemini Avenue<br>Houston, TX 77058 | Plan Participant | Contingent<br>Unliquidated | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re   Millennium Multiple Employer Welfare Benefit Plan          Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Triplett, Rosalind D.<br>1115 Gemini Avenue<br>Houston, TX 77058 | Triplett, Rosalind D.<br>1115 Gemini Avenue<br>Houston, TX 77058 | Plan Participant | Contingent<br>Unliquidated | Unknown |
| Vartivarian, Shahe<br>15655 Walkwood Drive<br>Houston, TX 77079 | Vartivarian, Shahe<br>15655 Walkwood Drive<br>Houston, TX 77079 | Plan Participant | Contingent<br>Unliquidated | Unknown |
| Curti, Phillip A.<br>3235 Avenue, Ste. 199B<br>Tulare, CA 93274 | Curti, Phillip A.<br>3235 Avenue, Ste. 199B<br>Tulare, CA 93274 | Plan Participant | Contingent<br>Unliquidated | Unknown |
| Meyers, Larry J.<br>2269 Horizons Drive<br>Ooltewah, TN 37363 | Meyers, Larry J.<br>2269 Horizons Drive<br>Ooltewah, TN 37363 | Plan Participant | Contingent<br>Unliquidated | Unknown |

If 2010 life benefits were declared, which the Debtor intends that they will be, these would be the twenty largest life benefit claimants. The smallest of these would have life benefits in excess of $643,000.

B4 (Official Form 4) (12/07) - Cont.

In re   Millennium Multiple Employer Welfare Benefit Plan                   Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the General Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  June 9, 2010         Signature  /s/ Jonathan Cocks
                                      Jonathan Cocks
                                      General Manager

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.