UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In re:

MILLENNIUM MULTIPLE EMPLOYER
WELFARE BENEFIT PLAN,

    Debtor.
_____/

Case No.: 10-13528
Chapter 11

## AMENDED NOTICE OF UNAVAILABILITY

**YOU ARE HEREBY NOTIFIED** that Ivan J. Reich will be unavailable on the following dates: **November 23 - 24, 2010**, **November 29 - 30, 2010, December 3, 10, 21, 22, 2010, and January 5, 2011 through February 5, 2011**, and requests that no hearings, depositions, motions, notices to produce, interrogatories, pleadings or other papers be filed which require a timely response during this time period; and that all pending matters be abated during this period of time.

The filing and service of this Notice shall constitute an application and request for continuance, extension of time and/or for a protective order as may be appropriately required for the above reasons.

Dated:  November 16, 2010

Respectfully submitted,

GRAY ROBINSON P.A.
*Attorneys for Covered Employers, Mission Ranches Company, LLC, a California, LLC, and Mesa Packing LLC, a California LLC, and the Mission Ranches Plan Participants, David Gill, Michael Hitchcock, Stanley Pura, and John Romans, and the Mesa Packing Plan Participants, David Gill and Michael Hitchcock*
401 East Las Olas Boulevard, Suite 1850
Ft. Lauderdale, Florida 33131
(954) 761-8111 (telephone)
(954) 761-8112 (facsimile)

  /s/ Ivan J. Reich

Ivan J. Reich, Esq.
Florida Bar # 778011
Ivan.reich@gray-robinson.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served on all parties listed below using the Court's CM/ECF system the 16th day of November, 2010.

- Regan Strickland
- Brandon C Bickle
- Julie Brower
- Irena Damnjanoska
- Layla J Dougherty
- Joseph A Friedman
- Joel C. Hall
- Robert J. Haupt
- John B. Heatly
- G. Rudy Hiersche
- William H. Hoch
- John E. Howland
- R. Keith Johnston
- Timothy Kline
- Fred A. Leibrock
- John M Malesovas
- Stephen J. Moriarty
- Kiran A. Phansalkar
- G. Blaine Schwabe
- Robert N. Sheets
- Jeffrey E. Tate
- U.S. Trustee
- Anthony L. Vitullo

  /s/ Ivan J. Reich
Ivan J. Reich, Esq.

\175584\1 - # 3613424 v1