**Dated: February 11, 2011 10:55:06**
**The following is ORDERED:**

*T.M. Weaver*
T.M. Weaver
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MILLENNIUM MULTIPLE EMPLOYER | ) | CASE NO. 10-13528-WV |
| WELFARE BENEFIT PLAN, | ) | |
| | ) | |
| Debtor. | ) | Chapter 11 |

## ORDER

On February 7, 2011, the court announced in open court its ruling on the Joint Motion for Approval of Settlement. The court subsequently entered its Order Denying Joint Motion of Approval of Settlement [Docket #897], referring therein to the reasons therefor stated on the record in open court. Due to problems with the transcription of the February 7, 2011 announcement, the parties are hereby notified that the court intends to clarify the reasons for its ruling. A written order reflecting the court's findings of fact and conclusions of law will be forthcoming as soon as is reasonably practicable.

IT IS SO ORDERED.

# # #

H:\OPINIONS\2011\millennium-written order forthcoming.wpd